393

Nunciata Lindio
vs.
Imperial Printing & Finishing Co.

W. C. A. No. 243

RESCRIPT
July 2, 1919

TANNER, P. J. The petitioner in this case claims that because of an injury his ability to work is impaired. Two doctors for the petitioner testify that his ability to work is impaired one-half. Two doctors for the defendant testify that his ability to work is not at all impaired and that he was able to go back to work at the time when the defendant stopped paying compensation. He is now at work receiving as much and more than he received before he was injured.

The burden is upon the petitioner to establish his case. We are not able to say that he has established his case

considering the disputed condition of the testimony.

The petition is therefore denied.

For petitioner: Joseph C. Cawley.

For respondent: Frederick A. Jones.